1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10                  **WESTERN DIVISION**
11

12   FRED KAYNE, et al.,                    Case No. 09-CV-6816 JAK (CWx)

13              Plaintiffs,                 **JUDGMENT**
                                            **(Fed. R. Civ. P. 58)**
14        v.

15   CHRISTOPHER HO, et al.,                JS-6

16              Defendants.

17

18

19        Pursuant to agreement among the parties, the Court dismisses the above-
20   captioned action with prejudice.  The parties waive all rights to appeal, and shall
21   bear their own attorneys' fees and costs.  This document shall constitute a judgment
22   for purposes of Rule 58 of the Federal Rules of Civil Procedure.
23
24   Dated:  March 13, 2104
                                            _____
25                                          John A. Kronstadt
                                            United States District Judge
26
27
28